**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2303**

_____

In re:   JERRY WAYNE SHARPE,

Petitioner.

_____

On Petition for Writ of Mandamus.
(5:14-ct-03269-F)

_____

Submitted:  December 17, 2015        Decided:  December 21, 2015

_____

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petitions denied by unpublished per curiam opinion.

_____

Jerry Wayne Sharpe, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Wayne Sharpe petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for release pending appeal. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition and the amended mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITIONS DENIED

2